USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
U.S. BANK NATIONAL ASSOCIATION, AS :
TRUSTEE FOR THE REGISTERED HOLDERS :
OF J.P. MORGAN CHASE COMMERCIAL : 1:24-cv-4152-GHW
MORTGAGE SECURITIES CORP., :
MULTIFAMILY MORTGAGE PASS-THROUGH : ORDER
CERTIFICATES, SERIES 2018-SB47, :
:
                              Plaintiff, :
:
              -v- :
:
2426 UNIVERSITY FUND, LLC, *et al.*, :
:
                              Defendants. :
:
---------------------------------------------------------------- X
----------------------------------------------------------------X
:
U.S. BANK NATIONAL ASSOCIATION, AS :
TRUSTEE FOR THE REGISTERED HOLDERS :
OF J.P. MORGAN CHASE COMMERCIAL : 1:24-cv-4166-GHW
MORTGAGE SECURITIES CORP., :
MULTIFAMILY MORTGAGE PASS-THROUGH :
CERTIFICATES, SERIES 2018-SB47, :
:
                              Plaintiff, :
:
              -v- :
:
2426 UNIVERSITY FUND, LLC, *et al.*, :
:
                              Defendants. :
:
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On November 15, 2024, Plaintiff U.S. Bank National Association filed a declaration of amount due, and an amended proposed stipulation and order with a proposed final judgment attached, labeled a "Consensual Final Judgment," in each of the above-captioned two related cases. *U.S. Bank Nat'l Ass'n v. 2426 Univ. Fund, LLC*, Case No. 1:24-cv-4152-GHW ("*U.S. Bank I*"), Dkt.

Nos. 46, 47; *U.S. Bank Nat'l Ass'n v. 2426 Univ. Fund, LLC*, Case No. 1:24-cv-4166-GHW ("*U.S. Bank II*"), Dkt. Nos. 49, 50.

The Court will hold a telephonic conference on November 22, 2024 at 1:00 p.m. in regards to these documents. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: November 20, 2024
      New York, New York

_____
GREGORY H. WOODS
United States District Judge